UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| JOANNE N. LUNN | ) | CASE NO. 19-11275 MSH |
| | ) | |
| Debtor | ) | |

| | | |
|---|---|---|
| PAULA FRUMAN | ) | |
| | ) | |
| Plaintiff | ) | ADVERSARY PROCEEDING |
| | ) | NO. 19-01092 |
| vs. | ) | |
| | ) | |
| JOANNE N. LUNN | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 8th day of January 2020, electronically served a copy of the **Motion for Summary Judgment** attached hereto using the CM/ECF system on the following CM/ECF participants:

John Fitzgerald                    Office of the U.S. Trustee

Peter J. Duffy                     on behalf of Paula Fruman


*/s/ Honoria DaSilva-Kilgore*
Honoria DaSilva-Kilgore, BB0#564202
The Law Offices of
Honoria DaSilva-Kilgore, P.C.
2 Richard Street, P.O. Box 277
Raynham, MA 02767
(508) 822-3200
hdklaw@hdklawoffices.com