United States Bankruptcy Court
District of Massachusetts

Fruman,
    Plaintiff

Adv. Proc. No. 19-01092-jeb

Lunn,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: lkaine        Page 1 of 1        Date Rcvd: Jan 15, 2020
                      Form ID: aphrg       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
dft         +Joanne N. Lunn,    457 Elm Street East,    Raynham, MA 02767-1819
pla         +Paula Fruman,    181 Boston Post Road,    #72,    Marlbrough, MA 01752-3550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 16 2020 01:04:20     John Fitzgerald,
           Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
          Honoria DaSilva-Kilgore   on behalf of Defendant Joanne N. Lunn hdklaw@hdklawoffices.com,
           officeasst@hdklawoffices.com;dasilva-kilgorehr85694@notify.bestcase.com
          Peter J Duffy    on behalf of Plaintiff Paula  Fruman pduffy@psdfirm.com
                                                                                                  TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Joanne Lunn | Related Bankruptcy Case: 19–11275 |
| | Chapter 7 |
| Debtor | Judge Janet E. Bostwick |
| | |
| Paula Fruman | Adversary Proceeding: 19–01092 |
| Plaintiff | |
| vs. | |
| Joanne N. Lunn | |
| Defendant | |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **3/3/20 at 02:00 PM** before the Honorable Judge Janet E. Bostwick, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

[15] Motion filed by Defendant Joanne N. Lunn For Summary Judgment

Objections due by 2/6/20 at 04:30 PM
Reply due by 2/20/20

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date: 1/15/20                                                                                              By the Court,

<u>Leah Kaine</u>
Deputy Clerk

617−748−5327

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.