United States Bankruptcy Court
District of Massachusetts

Fruman,
    Plaintiff

Adv. Proc. No. 19-01092-jeb

Lunn,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: bhendry        Page 1 of 1        Date Rcvd: Jun 29, 2020
                      Form ID: pdf012     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
dft        +Joanne N. Lunn,   457 Elm Street East,   Raynham, MA 02767-1819
pla        +Paula Fruman,   181 Boston Post Road,   #72,   Marlbrough, MA 01752-3550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 30 2020 02:30:06      John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
        Honoria  DaSilva-Kilgore    on behalf of Defendant Joanne N. Lunn hdklaw@hdklawoffices.com,
         officeasst@hdklawoffices.com;dasilva-kilgorehr85694@notify.bestcase.com
        John E. Zajac    on behalf of Defendant Joanne N. Lunn jezesq@cs.com,   jezesq@cs.com
        Peter J Duffy    on behalf of Plaintiff Paula  Fruman pduffy@psdfirm.com
                                                                                                                                               TOTAL: 3



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* **JOANNE N. LUNN,** Debtor | Ch. 7<br>19-11275-JEB |
| **PAULA FRUMAN,** Plaintiff,<br>*v.*<br>**JOANNE N. LUNN,** Defendant | Adversary Proceeding<br>19-01092-JEB |

**Proceeding Memorandum and Order**

**MATTER:**

#34 Motion In Limine of Defendant Joanne N. Lunn to Exclude Evidence Regarding Alleged Misrepresentations of Ownership

**Decision set forth more fully as follows:**

Hearing held on June 24, 2020. For the reasons set forth on the record, the Motion is denied without prejudice to the Defendant renewing the objection to the admission of the evidence at trial.

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 6/26/2020