# EXHIBIT A



MAR. 25. 2014  11:35AM

PFBK004381