# EXHIBIT B

PFBK004382