# EXHIBIT D