# EXHIBIT E



PFBK004389