# EXHIBIT F

## Nicholas C. Fleming

**From:** Megan E. Lantto <MLantto@cmjlaw.com>
**Sent:** Wednesday, April 10, 2013 4:26 PM
**To:** Nicholas C. Fleming
**Cc:** Chris J. Cunio; Mary Kate Geraghty
**Subject:** RE: Fruman Estate Matter - Privileged & Confidential

EXHIBIT 11
WIT: Fleming
DATE: 4/15/14
M. Coughlin, RPR, CRR

Hi Nick –

Just to confirm our phone conversation this afternoon and to clear up any confusion that may have transpired – you have, in the past, witnessed the signing of agreements involving the relevant parties (including stock purchase agreements), but are not certain whether you witnessed the signing of the Stock Purchase Agreement detailing a sale of stock from Paula Fruman to Joann Lunn that was to be the subject of your proposed affidavit. If this is accurate, please confirm; such confirmation will obviate any need for you to sign an affidavit on this topic.

Many thanks,

Megan

---

**From:** Nicholas C. Fleming [mailto:nfleming@scafidijuliano.com]
**Sent:** Wednesday, April 10, 2013 1:09 PM
**To:** Megan E. Lantto
**Cc:** Chris J. Cunio; Mary Kate Geraghty
**Subject:** Re: Fruman Estate Matter - Privileged & Confidential

Sorry...I sent that too soon; was interrupted by a call...

If you have any questions, give me a call. I'm in conference; out at 3:00.

Nick

Sent from my iPhone

On Apr 10, 2013, at 1:06 PM, "Nicholas C. Fleming" <nfleming@scafidijuliano.com> wrote:

> Hi Megan,
>
> When you originally called, a male attorney (I've forgotten his name) informed me that he was working on the estate of Jeff Fruman. This was a shock to me; I wasn't aware that he had passed.
>
> I then recall you being introduced as being in on the call. I don't recall a third person being introduced; I wasn't aware there was a third person on the call.
>
> In any event, I recall being asked whether I recalled Paula Fruman signing a Stockholder Agreement. I do recall that, but as I mentioned in our call today, I don't recall as to whether that was in March of 2012, or earlier.

1

FLEMING000092

PFBK004412

Sent from my iPhone

On Apr 10, 2013, at 12:29 PM, "Megan E. Lantto" <MLantto@cmjlaw.com> wrote:

> Nick,
>
> Via a telephone call on Friday, April 5, you, Sarah Allen and I discussed the Stock Purchase Agreement ("Agreement") dated February 18, 2012 related to JT Electronics Corp., during which you stated that you drafted the Agreement and that the Agreement was signed in your presence by both Paula Fruman and Joann Lunn. During the call between you and I today, you stated that the Agreement may have been signed on or around March 7, 2012, but that you no longer recall whether the document was signed by Paula and/or Joann in your presence. If this is correct, can you please confirm the same to me in writing by responding to this email?
>
> Many thanks,
>
> Megan
>
> ---
>
> **From:** Megan E. Lantto
> **Sent:** Tuesday, April 09, 2013 12:42 PM
> **To:** 'nfleming@scafidijuliano.com'
> **Cc:** 'Chris Cunio (ccunio@cmjlaw.com)'; Mary Kate M. Geraghty (mgeraghty@cmjlaw.com); Amanda Aucoin (aaucoin@cmjlaw.com)
> **Subject:** RE: Fruman Estate Matter - Privileged & Confidential
>
> Nick –
>
> Attached is the revised affidavit. Per my voicemail, if you could please sign and email me this ASAP, it would be much appreciated. As I mentioned in my voicemail, I am out of the office at a conference in Woburn beginning around 1:15pm, but am reachable on my cell if need be, 857-891-3493.
>
> ---
>
> **From:** Megan E. Lantto
> **Sent:** Sunday, April 07, 2013 3:54 PM
> **To:** 'nfleming@scafidijuliano.com'
> **Cc:** Chris Cunio (ccunio@cmjlaw.com); Mary Kate M. Geraghty (mgeraghty@cmjlaw.com)
> **Subject:** RE: Fruman Estate Matter - Privileged & Confidential
>
> Hi Nick,
>
> Attached is an updated version of the affidavit. If you have any questions before signing, feel free to email or call.
>
> Thanks,
>
> Megan

2

---

**From:** Megan E. Lantto
**Sent:** Friday, April 05, 2013 4:57 PM
**To:** nfleming@scafidijuliano.com
**Cc:** Chris Cunio (ccunio@cmjlaw.com)
**Subject:** Fruman Estate Matter - Privileged & Confidential

Hi Nick –

Attached please find a short affidavit pursuant to our call this afternoon regarding the Fruman Estate, i.e., the signing of the February 2012 Stock Purchase Agreement, and your agreement to attest to your knowledge of the same. If the contents of the affidavit are correct, please sign, date, and scan and email back to me tonight or tomorrow, if at all possible. Please place the original in the mail.

Do not hesitate to contact me if you have any questions.

Best,

Megan

Megan E. Lantto | Attorney | Cooley Manion Jones LLP
21 Custom House Street | Boston MA 02110 | ☎: 617.670.8545 | 📠: 617.670.8745 | ✉:
mlantto@cmjlaw.com

This e-mail message (including attachments) is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error, or are not the named recipient(s), please delete it without distributing or copying and immediately notify the sender at (617) 737-3100, or by return e-mail. Access by any other party is unauthorized without the express prior written permission of the sender. Any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties, or promoting, marketing or recommending to another party any tax-related transaction or matter addressed herein. We take steps to protect against viruses but advise you to carry out your own checks and precautions as we accept no liability for any which remain.

<Affidavit of Nicholas Fleming - Fruman Matter.DOCX>