# EXHIBIT G



**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
Two International Place
16th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Michael P. Flammia
617.342.6854
mflammia@eckertseamans.com

May 10, 2013

*VIA ELECTRONIC AND FIRST CLASS MAIL*

Barry S. Pollack, Esq.
Pollack Solomon Duffy LLP
133 Federal Street, Suite 902
Boston, MA 02110

**RE: JT Electronics Corporation**

Dear Mr. Pollack:

Please be advised that this firm represents Joanne Lunn. Ms. Lunn owns 100% of the shares of JT Electronics Corporation ("JT") and is the President, the Treasurer and one of the two Directors of JT. You and your clients, who I understand are Ms. Paula Fruman personally and Ms. Paula Fruman as one of the four Court-appointed Special Personal Representatives of the Estate of Jeffrey L. Fruman (the "Estate"), have taken illegal actions that are harming Ms. Lunn and JT. You and your clients have also made false and defamatory allegations about Ms. Lunn and have asserted frivolous claims against her.

Yesterday, Ms. Paula Fruman, in concert with Ms. Sara Fruman, filed with the Secretary of the Commonwealth of Massachusetts a fraudulent "Statement of Change of Supplemental Information Contained in Article VIII of Articles of Organization" ("Statement of Change") in connection with JT, which declares that Ms. Lunn is no longer a Director, President and Treasurer of JT and that Ms. Paula Fruman and Ms. Sara Fruman have assumed all such roles within JT. This filing is false and not supported by any legitimate vote of, or approval by, the Board of Directors of JT and the Shareholders of JT. All parties involved with the knowing creation, signing and delivery of such document to the Secretary of the Commonwealth for filing are subject to civil liability and monetary fines of up to $100,000 pursuant to Mass. Gen. Laws ch. 156D, § 1.29, notwithstanding any additional remedies available to Ms. Lunn and JT, civil or otherwise.

In addition, yesterday, based on the fraudulent Statement of Change, Ms. Paula Fruman and Ms. Sara Fruman signed a fraudulent "Written Consent in Lieu of a Special Meeting of the Board of Directors" ("Written Consent") removing Ms. Lunn's signatory authority from all accounts belonging to JT and, today, your office fraudulently notified JT's banks, Webster Bank and Bank of America, in writing that Ms. Lunn's signatory authority regarding JT's accounts with those banks has been withdrawn. This is fraudulent and tortious conduct which

{K0502175.3}

PFBK004418


**ATTORNEYS AT LAW**

Barry S. Pollack, Esq.
May 10, 2013
Page 2

is causing direct harm to Ms. Lunn and JT and for which you and your clients will be held liable.

    Demand is hereby made that Ms. Paula Fruman and Ms. Sara Fruman immediately inform the Secretary of the Commonwealth that the Statement of Change is false and notify Bank of America, Webster Bank, and any other third party given notice of this fraudulent Statement of Change that it is false and should be disregarded. If they fail to do so, Ms. Lunn and JT will pursue all available remedies, including the institution of a civil lawsuit in which they will seek injunctive and declaratory relief, as well as monetary damages for, among other things, conversion and tortious interference with contractual and/or advantageous business relations, against Ms. Paula Fruman, Ms. Sara Fruman and any other individual, including any attorney, who assisted them in filing and publishing to third parties false documents to the detriment of Ms. Lunn and JT. Additionally, we are notifying the Secretary of the Commonwealth that a materially false document was knowingly submitted to his office for filing and requesting that the Secretary of the Commonwealth refer the matter to the Office of the Attorney General of Massachusetts for further investigation pursuant to Mass. Gen. Laws ch. 156D, § 1.29(b).

    You have falsely claimed to be legal counsel for JT. Ms. Lunn, as sole shareholder, President and Treasurer, and one of the two Directors of JT, must approve your retention as JT's counsel and she has not. Any action you have taken in this false capacity as JT's counsel is fraudulent and a violation of the Massachusetts Rules of Professional Conduct. Demand is hereby made that you and your clients immediately cease from making false representations that you are counsel and/or an agent of JT and notify anyone you have made these claims to that you are not. Any action taken by you or your clients that has, or will, cause harm to Ms. Lunn or JT will result in Ms. Lunn and/or JT pursing all of their legal rights and remedies against you and your clients.

    We have been advised by the law firm of Nutter McClennen & Fish LLP that you provided them with a copy of a complaint wherein you purport to be counsel to JT, asserting claims on behalf of JT against Ms. Lunn. You are not counsel to JT and you have no authority to file any claims on behalf of JT. Furthermore, the claims in the complaint against Ms. Lunn are frivolous and Ms. Lunn and JT will assert claims against you for damages if you or your clients file the complaint.

    Without waiving Ms. Lunn's ownership rights to JT, we are in discussions with Jay Pabian and Todd Kamens, in their capacity as Special Personal Representatives of the Estate, about providing them an opportunity to review the books and records of JT.

    As you requested, a litigation hold has been put into place for Ms. Lunn and JT, even though the claims that you have asserted are completely frivolous. Demand is hereby made that you put a litigation hold on all of your documents, all of the documents of Pollack

{K0502175.3}

PFBK004419



Barry S. Pollack, Esq.
May 10, 2013
Page 3

Solomon Duffy LLP, and all of the documents of Ms. Paula Fruman individually and as a Special Personal Representative of the Estate.

    Please contact me to confirm that you and your clients have taken all of the actions demanded in this letter and send me written confirmation of the same. I look forward to hearing from you promptly.

Sincerely,

*Michael P. Flammia/dal*

Michael P. Flammia

cc:     Ms. Joanne Lunn (via electronic mail)
        John L. Talvacchia, Esq. (via electronic mail)

{K0502175.3}