| MFG | Model Number | Category | Description | Condition | QTY |
|---|---|---|---|---|---|
| 3com | 3C16671A | Headend | 24 port switch | FP | 1 |
| Action Broadband | P-379 | Headend | Processor | FP | 1 |
| ADC | 5MFS10EC | Headend | kit for UBR1000 | used | 74 |
| ADC | 10MFS10EC | Headend | kit for UBR1000 | used | 6 |
| ADC | BJF4074MKIv | Headend | Audio Patch Panel | NIB | 14 |
| ADC | BJF4074MKIV | Headend | Audio Patch Panel | NIB | 13 |
| Adtec Productions | LITE-PC | Headend | Automated Broadcast Controller | FP | 1 |
| Alpha | PBP72-0712U3RU | Headend | Battery Pack | FP | 1 |
| Alpha | Pinnacle 2000-RM | Headend | Online UPS | FP | 1 |
| AM Networks | 9161 F-111B | Headend | Power Supply Transponder | NIB | 10 |
| Antec | Laser Link II | Headend | Chassis with Power Supply | FP | 8 |
| APC | BP650S | Headend | Surge Protector | FP | 1 |
| Argus Technology | 32-0-10A | Headend | GMT Fuse Panel | FP | 3 |
| Argus Technology | RSM 48/10 Cabinet | Headend | | FP | 1 |
| Aria Technologies | | Headend | 72 port rack mount | FP | 1 |
| Aurora | DT52105-00 | Line Gear | Transmitter | FP | 6 |
| Blonder Tongue | AP60-450 | Headend | Agile Processor | FP | 1 |
| Cadco | M-369 | Headend | Modulator | FP | 1 |
| C-COR | MCCRE860-17 | Pads & EQS | Equalizer | FP | 7 |
| C-COR | SEQ-862-17 | Pads & EQS | Equalizer | FP | 3 |
| C-Cor | E98DDJ-NA6D2G1 | Line Gear | Flexnet Amplifier - Module only | FP | 8 |
| C-COR | E97DDJ-LO6D2G1 | Line Gear | Flexnet Amplifier - Module only | FP | 3 |
| C-COR | FNB85CDJ-LO5E6B1 | Line Gear | Mini-Bridger Flexnet Amp. Module only | FP | 2 |
| C-COR | E72CIPLO5C9K1 | Line Gear | Line Extender - Module only | FP | 2 |
| C-COR | E98DDJ-NA6D2G1 | Line Gear | Flexnet Amplifier - Housing and Module only | FP | 3 |
| C-COR | E97DDJ-LO6D2G1 | Line Gear | Flexnet Amplifier - Housing and Module only | FP | 1 |
| C-COR | E73CJ-NA2CIL3 | Line Gear | Line Extender - Housing and Module only | FP | 2 |
| C-COR | 122027-04 | Line Gear | Power Supply | FP | 1 |
| C-COR | 122019-07 | Line Gear | Power Supply | FP | 2 |
| C-COR | ON4-PNRDE-AS | Line Gear | Fiber Node Complete | NIB | 1 |
| C-COR | 122030-02 | Line Gear | Power Supply | FP | 2 |
| C-COR | FNB75CDJ-JO4E6B4 | Line Gear | Trunk Amplifier with housing & power supply 122027-0 | NIB | 17 |
| C-COR | LN-SM71-DJOOK1-DAN | Line Gear | LN-SM7 series AM fiber optic strand mount receiver with | | |

Current Avon In Stock line-gear

Undetermined Value

PFBK004430

# EXHIBIT H

| Vendor | Model | Category | Description | Type | Qty |
|---|---|---|---|---|---|
| C-COR | E72CJ-LO4C1A1 | Line Gear | Line extender module only | NIB | 8 |
| C-COR | LS-15G-DC16 | Taps | 16DB coupler - 1GHZ-15 Amp | NIB | 10 |
| C-COR | LS-15G-DC12 | Taps | 12DB coupler - 1GHZ-15 Amp | NIB | 9 |
| C-COR | LS-15G-DC8 | Taps | 8DB coupler - 1GHZ-15 Amp | NIB | 8 |
| C-COR | LS-15G-3 | Taps | 3 way splitter-1GHZ-15 Amp | NIB | 6 |
| Cisco | 2950 | Headend | 24 port switch | FP | 1 |
| Cisco | 2900 | Headend | 24 port switch | FP | 3 |
| Cisco | 2600 | Headend | 16 port switch | FP | 1 |
| Cisco | 2500 | Headend | 16 port switch | FP | 1 |
| Cisco | 3550 | Headend | 24 port switch | FP | 2 |
| Cisco | PA-POS-OC3SM1 | Headend | Line Card | NIB | 1 |
| Cisco | 15327-XTC-14 | Headend | Line Card | NIB | 2 |
| Cisco | 15327-MIC-28-3-A/B | Headend | Line Card | NIB | 5 |
| Cisco | WS-X6182-2PA | Headend | Flex Wan Module | NIB | 2 |
| Cisco | MEM-CK6-WAN-128 RAM | Headend | MEM-CK6-WAN-128 RAM | NIB | 1 |
| Cisco | MIC-A | Headend | Transport Card | NIB | 1 |
| Cisco | MIC-B | Headend | Transport Card | NIB | 1 |
| Cisco | PA-FE-TX | Headend | 100 GIG Ethernet Card | NIB | 2 |
| Cisco | 15454-OC48,IR,1310,1CKT,S | Headend | OC48,IR,1310,1CKT,SC | NIB | 2 |
| Cisco | 15327 Blank HS | Headend | 15327 Blank HS | NIB | 4 |
| Cisco | 40C12/POS-IR-SC-B | Headend | Blank Plate | NIB | 1 |
| Cisco | 12053-SMB-B | Headend | Line Card | NIB | 1 |
| Cisco | 15327 FTA | Headend | Line Card | NIB | 1 |
| Cisco | 160C3 SMPOS | Headend | 12DS3-SMB-B | NIB | 1 |
| Cisco | 12DS3-SMB-B | Headend | 12DS3-SMB-B | NIB | 1 |
| Cisco | WS-X6724-SFP | Headend | 24 Port Gigabit Ethernet SFP | NIB | 3 |
| Cisco | 15327 E10-100T-4 | Headend | Fast Ethernet Card | NIB | 1 |
| Cisco | 15327 | Headend | Blank Plate | NIB | 1 |
| Comm | VFMT-5002-12 | Headend | Modulator | FP | 1 |
| Comm | VFMR-5002-12 | Headend | Demodulator | FP | 2 |
| Corning | | Pads & EQS | Optical Cable 07/00 | FP | 8 |
| Corning | | Pads & EQS | Optical Cable 04/02 | FP | 17 |
| CSI Comm. | 016-103-10 | Headend | KTK Fuse Panel | FP | 1 |
| Digital Systems | DPS-290 | Headend | Component TBC/Synchronizer | FP | 1 |

| | | | | |
|---|---|---|---|---|
| Drake | 2425 | Headend | Channel Processor HCP2550 | FP | 2 |
| Drake | VM2860 | Headend | Video Modulator | NIB | 3 |
| Drake | HCP2550A | Headend | Channel Processor | NIB | 3 |
| DVB | IRD-2600 | Headend | Professional Receiver Decoder | FP | 1 |
| DVB | CSR820 | Headend | Commercial Satellite Receiver | FP | 1 |
| DX Antenna | DIR-767 | Headend | MPEG-2/Digicipher II Compatible Digital Satellite Receiv | FP | 1 |
| Fiberdyne labs | SC/UPC-LC/UPC | Pads & EQS | Cable assembly 2.0MM - 5 meter | FP | 5 |
| Frontline Comm. | DTU | Headend | all channel message system | FP | 1 |
| Frontline Comm. | ACM-3 | Headend | Remote BaseBand Switch | FP | 4 |
| Frontline Comm. | 771R | Headend | Modulator | FP | 4 |
| G.I. | C6M | Headend | Commander | FP | 8 |
| G.I. | C8M-L | Headend | Commander-Upconverter | FP | 1 |
| G.I. | C8U-L | Headend | MVP Encoder | FP | 2 |
| G.I. | MVP | Headend | Modulator | FP | 2 |
| G.I. | C6M-II | Headend | Modulator | FP | 1 |
| G.I. | C6M | Headend | Converter | FP | 4 |
| G.I. | OM1000 | Headend | Modulator | FP | 1 |
| G.I. | S890D-T | Headend | Demodulator | FP | 2 |
| G.I. | S450M | Headend | Modulator | FP | 1 |
| G.I. | DSR4500 | Headend | Digital Satellite Receiver | FP | 7 |
| G.I. | IRT-1000 | Headend | Integrated Receiver Transcoder | FP | 1 |
| G.I. | DSR1500 | Headend | Digicipher Satellite Receiver | FP | 1 |
| G.I. | DSR-4200V | Headend | MPEG-2/Digicipher II Digital Satellite Receiver | FP | 5 |
| G.I. | DSR-4400X | Headend | MPEG-2/Digicipher Digital Satellite Receiver | FP | 4 |
| G.I. | BCS-750-10 | Pads & EQS | Cable simulator 750MHZ 10DB | FP | 32 |
| G.I. | JXP-THERM3 | Pads & EQS | Attenuator pad | FP | 40 |
| G.I. | BAF-0 | Pads & EQS | Fuse 0 ampere | FP | 20 |
| G.I. | REQ-42B-9 | Pads & EQS | Return equalizer 42MHZ 9DB | FP | 10 |
| G.I. | REQ-42B-10.5 | Pads & EQS | Return equalizer 42MHZ 10.5DB | FP | 1 |
| G.I. | REQ-42B-12 | Pads & EQS | Return equalizer 42MHZ 12DB | FP | 10 |
| G.I. | EQ-750-19.5 | Pads & EQS | Forward equalizer 750MHZ 19.5DB | FP | 2 |
| G.I. | EQ-750-21 | Pads & EQS | Forward equalizer 750MHZ 21DB | FP | 14 |
| G.I. | CEQ-750-10.5 | Pads & EQS | Forward equalizer 750MHZ 10.5DB | FP | 4 |
| G.I. | SG2-LR/SC | Line Gear | SG2000 Forward Path Receiver | | 2 |

| | | | | |
|---|---|---|---|---|
| G.I. | AM-OMNI-HSG/5/AC/Fan | Headend | Omni Laser Chassis | NIB | 8 |
| G.I. | AM-OMNI-CMI | Headend | Control Module | NIB | 12 |
| G.I. | RPD-1000 | Headend | Return path demodulator | FP | 2 |
| G.I. | RPD-2000 | Headend | Return path demodulator | NIB | 1 |
| Harmonic | HFT2000-1 | Headend | | FP | 1 |
| Harmonic | HLD7205-W01-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | HLD7205-W02-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | HLD7205-W03-AS-1 | Headend | Transmitter | FP | 3 |
| Harmonic | HLD7205-W04-AS-1 | Headend | Transmitter | FP | 3 |
| Harmonic | HLD7205-W05-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | HLD7205-W06-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | HLD7205-W07-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | HLD7205-W08-AS-1 | Headend | Transmitter | FP | 2 |
| Harmonic | CPS4248-5 | Headend | Power Supply | FP | 11 |
| Harmonic | CPS4248-5L | Headend | Power Supply | FP | 2 |
| Harmonic | CPS4248-1 | Headend | Power Supply | FP | 1 |
| Harmonic | R-CPS-4248-4 | Headend | Power Supply | FP | 1 |
| Harmonic | R-RPR2210-AS-7 | Headend | Dual Return Path Receiver | FP | 37 |
| Harmonic | RPR2210-AS-7 | Headend | Dual Return Path Receiver | FP | 22 |
| Harmonic | HLP1000-3 | Headend | Chassis | FP | 10 |
| Harmonic | HLS1113-KA-1 | Headend | Chassis | FP | 37 |
| Harmonic | HLS1112-JB-1 | Headend | Chassis | FP | 13 |
| Harmonic | HLS1112-64-1 | Headend | Chassis | FP | 6 |
| Harmonic | HLS1104-AS-1 | Headend | Chassis | FP | 2 |
| Harmonic | HLS1112-FE-1 | Headend | Chassis | FP | 8 |
| Harmonic | HLS1112-82-1L | Headend | unbalanced splitter | FP | 4 |
| Harmonic | HLS1112-GD-1L | Headend | unbalanced splitter | FP | 8 |
| Harmonic | HLS1102-AS-1 | Headend | splitter | FP | 4 |
| Harmonic | HLS1112-HC-1L | Headend | unbalanced splitter | FP | 6 |
| Harmonic | HLS1112-73-1L | Headend | unbalanced splitter | FP | 6 |
| Harmonic | HLS1104-AS-1L | Headend | balanced splitter | FP | 8 |
| Harmonic | HLS1112-HC-1 | Headend | splitter | FP | 3 |
| Harmonic | HSL1102-017-2 | Headend | | FP | 1 |
| Harmonic | HLS1204-AS-1 | Headend | 2 x 4 splitter | FP | 8 |

| Manufacturer | Model | Location | Description | Status | Qty |
|---|---|---|---|---|---|
| Harmonic | HLS11J4-DCCB-1L | Headend | unbalanced splitter | FP | 1 |
| Harmonic | HWD1108-W01-AS-1 | Headend | Optical Demultiplexer | FP | 1 |
| Harmonic | NOM3821A-42-3 | Line Gear | Output Module Only | FP | 1 |
| Harmonic | NOM3821A-42-2 | Line Gear | Output Module Only | FP | 1 |
| Harmonic | HTR2000E-1 | Headend | Chassis | NIB | 4 |
| Harmonic | RPR2210AS-7 | Headend | Dual Return Path Receiver | NIB | 40 |
| Harmonic | PS2100-3 A/C | Headend | Power Supply | NIB | 4 |
| Harmonic | HTR2000E-1 | Headend | Chassis | FP | 12 |
| Harmonic | HTR2000D-1 | Headend | Chassis | FP | 3 |
| Harmonic | HTR2000D-2 | Headend | Chassis | FP | 14 |
| Harmonic | RPR2210AS-7 | Headend | Dual Return Path Receiver | FP | 10 |
| Harmonic | PS2048-3 | Headend | Power Supply | FP | 5 |
| Harmonic | PS2248E-1 | Headend | Power Supply | FP | 1 |
| Harmonic | PS2248F | Headend | Power Supply | FP | 3 |
| Harmonic | PS2100-2 | Headend | Power Supply | FP | 1 |
| Harmonic | PS2100-3 A/C | Headend | Power Supply | FP | 3 |
| Harmonic | PS2200F-1 | Headend | Power Supply | FP | 2 |
| Harmonic | HLP4200WD-2 | Headend | Chassis only | FP | 18 |
| Harmonic | HLP4200WD-20 | Headend | Chassis only | FP | 3 |
| Harmonic | HLP4200WD-1 | Headend | Chassis only | FP | 1 |
| Harmonic | HLP4200WD-21 | Headend | Chassis with: | | |
| Harmonic | HOS7010-22-AS-1 | Headend | Optical Switch | FP | 1 |
| Harmonic | HOS7010-22-AS-1 | Headend | Optical Switch | NIB | 1 |
| Harmonic | HMC4001-1L | | Duel Baskets | NIB | 41 |
| Harmonic | HMC4001-1L | | Duel Baskets | FP | 9 |
| Harmonic | NSG9116-OG-OO-74-3 | Headend | | FP | 6 |
| Harmonic | NSG9116-OG-OO-74-3 | Headend | | broken | 1 |
| Harmonic | NSG9116-OG-OO-74-4 | Headend | | FP | 4 |
| Harmonic | R-NSG9116-OG-OO-74-3 | Headend | | FP | 3 |
| Harmonic | R-NSG9116-OG-OO-74-1 | Headend | | FP | 2 |
| Harmonic | NSG9116-OG-OO-M4-4 | Headend | | FP | 4 |
| Harmonic | R-NSG9116-OG-OO-M4-4 | Headend | | FP | 1 |
| Hendry | 16082-01 | Headend | GMT Series Fuse Panel | NIB | 1 |

| | | | | |
|---|---|---|---|---|
| Holland | HDM | Headend | Television Demodulator | FP | 1 |
| Homeworx | HWPSFAN2110 | Headend | Power Supply Fan | FP | 14 |
| Intelvideo | VP50 | Headend | Noise Reducer/Ghost Buster | FP | 5 |
| Ipitek | HBR-2500 | Headend | Digital Transmission Terminal | FP | 2 |
| ISS | GL-2610xt | Headend | TV Agile Modulator | FP | 1 |
| ISS | GL-1000 | Headend | Demodulator/Processor | FP | 1 |
| Jerrold | AM-RPRH4 | Headend | AM return path receiver | NIB | 22 |
| Learning Industries | TSD | Headend | TSD TV Stereo & SAP Decoder | FP | 1 |
| Magnavox | 6VLE550/60 | Line Gear | Line Extender - Module only | FP | 22 |
| Magnavox | 6MLE/60A | Line Gear | Line Extender - Module only | FP | 2 |
| Magnavox | 6MLE/60 | Line Gear | Line Extender - Module only | FP | 1 |
| Magnavox | 6MLEH/60 | Line Gear | Line Extender - Module only | FP | 1 |
| Magnavox | 6MLEH/60A | Line Gear | Line Extender - Module only | FP | 1 |
| Magnavox | GVLE/60 | Line Gear | Line Extender - Module only | FP | 2 |
| Magnavox | 5RMLE/60 | Line Gear | Line Extender - Module only | FP | 1 |
| Magnavox | 5LE44060 | Line Gear | Line Extender - Module only | FP | 9 |
| Magnavox | 5LEX/60 | Line Gear | Line Extender - Module only | FP | 1 |
| Magnavox | 6MLE450/60 | Line Gear | Line Extender - Module only | FP | 4 |
| Magnavox | 6MLEH450/60A | Line Gear | Line Extender - Module only | FP | 2 |
| Magnavox | GLE95-28-33/50A | Line Gear | Line Extender - Module only | FP | 6 |
| Magnavox | GLE95-33-33/50A | Line Gear | Line Extender - Module only | FP | 2 |
| Magnavox | 6LE95-28-33/50SW | Line Gear | Line Extender - Module only | FP | 2 |
| Magnavox | 6LE94-33-33/50SW | Line Gear | Line Extender - Module only | FP | 2 |
| Motorola | DSR-4400X | Headend | Professional Satellite Receiver | FP | 7 |
| Motorola | DSR-4402X | Headend | Professional Satellite Receiver | FP | 9 |
| Motorola | DSR-4500X | Headend | Digicipher II Professional Satlite Rec | FP | 8 |
| Motorola | DSR-4520X | Headend | Digicipher II Professional Satllite Rec | FP | 4 |
| Motorola | DSR-4410 | Headend | Professional Satllite Receiver | tested good | 3 |
| Motorola | JXP-T-75 | Pads & EQS | Pad | FP | 720 |
| Motorola | BSFE-750-2 | Pads & EQS | Equalizer | FP | 37 |
| Motorola | SFE-75-08 | Pads & EQS | Equalizer | FP | 20 |
| Motorola | BSFE-750-10 | Pads & EQS | Equalizer | FP | 23 |
| Motorola | BSFE-750-12 | Pads & EQS | Equalizer | FP | 23 |
| Motorola | CJFE-750-18 | Pads & EQS | Equalizer | FP | 26 |

| | | | | |
|---|---|---|---|---|
| Motorola | BTN2-87US/HSAN- | Line Gear | Module only | FP | 1 |
| Motorola | GX2-DRR-3X-PIN | Headend | Digital Return Path Receiver | NIB | 14 |
| Motorola | SG2-DRT-3X | Headend | Digital Return Optical Transmitter for SG2440 or SG200 | NIB | 16 |
| Olson Technology | OTR-3000 | Headend | Agile TV Processor | FP | 2 |
| Olson Technology | LCM-600 | Headend | Agile TV Processor | FP | 1 |
| Olson Technology | LCP-500-H | Headend | Agile TV Processor | FP | 1 |
| PCI Technologies | SCN-1000 | Headend | Splitting/combining network | FP | 22 |
| PDI | PDI-750DC | Headend | Power Supply | FP | 11 |
| Pinnacle Systems | 37T852000 | Headend | Power Supply | FP | 1 |
| S.A. | 6150 | Headend | Signal Processor | FP | 8 |
| S.A. | 6350 | Headend | Modulator | FP | 41 |
| S.A. | 6130 | Headend | Signal Processor | FP | 4 |
| S.A. | 6330 | Headend | Modulator | FP | 13 |
| S.A. | 6270 | Headend | Demodulator | FP | 12 |
| S.A. | 6340 | Headend | Modulator | FP | 3 |
| S.A. | 6225 | Headend | SMC Translator | FP | 1 |
| S.A. | 6380 | Headend | BTSC Encoder | FP | 1 |
| S.A. | 6880A | Headend | BTSC Encoder | FP | 7 |
| S.A. | 9800 | Headend | Vertical Module Chassis | FP | 3 |
| S.A. | 9810 | Headend | Controller series 9810 | FP | 4 |
| S.A. | 9811 | Headend | Controller series 9811 | FP | 6 |
| S.A. | 9820 | Headend | Modulator series 9820 | FP | 11 |
| S.A. | 9860 | Headend | Modulator series 9860 | FP | 36 |
| S.A. | 9890 | Headend | Encoder series 9890 | FP | 5 |
| S.A. | 9825M | Headend | Modulator series 9825M | FP | 8 |
| S.A. | 9825S | Headend | Modulator series 9825S | FP | 24 |
| S.A. | 546091 | Headend | 9804A Modulator Rear Interface Module | FP | 1 |
| S.A. | 546020 | Headend | 9801 AC DC Control Interface | NIB | 12 |
| S.A. | 546020 | Headend | 9801 AC DC Control Interface | FP | 6 |
| S.A. | 741150 | Headend | Assy,OA, rear interface, 9815 | NIB | 5 |
| S.A. | 741150 | Headend | Assy,OA, rear interface, 9815 | FP | 7 |
| S.A. | 9860 | Headend | Modulator series 9860 | in box | 5 |
| S.A. | 9811 | Headend | Controller series 9811 | in box | 4 |
| S.A. | 9810 | Headend | Controller series 9810 | in box | 3 |

| | | | | |
|---|---|---|---|---|
| S.A. | 9825M | Headend | Modulator series 9825M | in box | 2 |
| S.A. | 9820 | Headend | Modulator series 9820 | in box | 3 |
| S.A. | 9813 | Headend | Controller series 9813 | in box | 1 |
| S.A. | 9825S | Headend | Modulator series 9825S | in box | 1 |
| S.A. | D9850 | Headend | Power VU-Program Receiver | not tested | 1 |
| S.A. | 9660 | Headend | Professional Receiver | FP | 12 |
| S.A. | UC-4 | Headend | Universal Upconverter | FP | 4 |
| S.A. | 6109 | Headend | 6MHZ Off Air Reference | FP | 1 |
| S.A. | D9228 | Headend | Power VU Plus Receiver | FP | 1 |
| S.A. | G275 | Headend | Demodulator | FP | 1 |
| S.A. | D9223 | Headend | Power VU Satellite Receiver | FP | 3 |
| S.A. | D9230 | Headend | Power VU Commercial Receiver | FP | 2 |
| S.A. | D9225 | Headend | Power VU Satellite Receiver | FP | 1 |
| S.A. | 8653 | Headend | Addressable Transmitter | FP | 3 |
| S.A. | | Pads & EQS | Attenuator pad 17DB (yellow) | FP | 43 |
| S.A. | | Pads & EQS | Reverse equalizer 42MHZ 15DB | FP | 36 |
| S.A. | | Pads & EQS | Reverse equalizer 40MHZ 0DB | FP | 27 |
| S.A. | 504160 | Line Gear | System Amplifier II with housing | FP | 16 |
| S.A. | 544904 | Line Gear | System Amplifier II with housing | FP | 1 |
| S.A. | 503122 | Line Gear | System Amplifier II with housing | FP | 6 |
| S.A. | 544460 | Line Gear | System Amplifier II with housing | FP | 1 |
| S.A. | 4007501 | Line Gear | Optical Receiver 1 GHZ 694x/GM | FP | 2 |
| S.A. | 506107 | Line Gear | 6920 Optoelectronic Receiver | FP | 6 |
| S.A. | 539542 | Line Gear | 6920 Optoelectronic Transmitter | failed testing | 2 |
| S.A. | 503232 | Line Gear | 6920 Optoelectronic Receiver | FP | 2 |
| S.A. | 372958 | Line Gear | Trunk Amplifier 450MHZ | NIB | 5 |
| Sage Alerting System | 1822 | Headend | Sage eas endec | FP | 2 |
| Sniffer | ST200S | Headend | Signal Source | FP | 1 |
| Sniffer | 100477-001 | Headend | Signal Source | FP | 1 |
| Standard | MT700 | Headend | Agile 40 c/k | FP | 3 |
| Standard | MT600 | Headend | Agile 32 c/k | FP | 1 |
| Standard | MT650 | Headend | Agile IRD-II | FP | 5 |
| Synchronous | FMVT-4004-40 | Headend | Modulator | FP | 3 |
| Telecomm. Power Systel | 09004-701515-48 | Headend | GMT Fuse Panel | | 3 |

| Telect | LCX-M4RU | Headend | LCX 4RU Chassis | NIB | 8 |
|---|---|---|---|---|---|
| Terayon | CP7585 8VSB | Headend | 8VSB to ASI Demodulator | FP | 1 |
| Terayon | CP7600G | Headend | Multichannel Decoder | FP | 10 |
| Trilithic | PSC-902 | Headend | Digital Ready E.A.S. System | FP | 1 |
| Trilithic | ADA-16-3 | Headend | Audio Distribution Amp | FP | 1 |
| Trilithic | VDA-16-3 | Headend | Video Distribution Amp | FP | 1 |
| Vicom | KPR60-16-400 | Headend | 16 channel digital video recording system | FP | 1 |
| Videotek | DDM-500 | Headend | 8VSB Demodulator | FP | 2 |
| Wegener Comm. | MPEG-2 IRD | Headend | Universal Receiver Decoder | FP | 2 |
| White Sands | 800-27774-02 | Headend | kit for UBR1000 | new | 81 |