# EXHIBIT I

| Tracy INVENTORY CONTROL 4-12-13 | | | |
|---|---|---|---|
| ITEM DESCRIPTION | QTY | COST PER UNIT | |
| CR2025-Strip Batteries | 15,000 | $0.08 | $1,185.00 |
| CR2016-Strip Batteries | 15,000 | $0.08 | $1,185.00 |
| CR2032-Strip Batteries | 10,000 | $0.08 | $790.00 |
| CR2-3V Batteries | 4,950 | $0.53 | $2,623.50 |
| CR123A-3V Batteries | 13,450 | $0.50 | $6,725.00 |
| 6V Batteries | 956 | $0.85 | $812.60 |
| 9V Batteries | 60 | $0.48 | $28.80 |
| AA Alkaline Batteries | 284,640 | $0.09 | $25,617.60 |
| AA Non Alkaline Batteries | 25,200 | $0.04 | $1,058.40 |
| AAA Alkaline Batteries | 56,240 | $0.08 | $4,667.92 |
| C Batteries | 10,888 | $0.34 | $3,647.48 |
| D Batteries | 10,484 | $0.47 | $4,927.48 |
| 1240 Batteries | 80 | $8.00 | $640.00 |
| 467 Batteries | 79 | $8.00 | $632.00 |
| AAA Rayovac Batteries | 7,940 | $0.14 | $1,087.78 |
| AA Rayovac Batteries | 30,460 | $0.14 | $4,173.02 |
| CR1616 Rayovac Batteries | 4 | $0.08 | $0.32 |
| 9V Rayovac Batteries | 1,044 | $0.72 | $751.68 |
| C Rayovac Batteries | 2,059 | $0.42 | $854.49 |
| D Rayovac Batteries | 1,109 | $0.54 | $598.86 |
| Energizer Lithium AA Batteries | 1,982 | $2.72 | $5,391.04 |
| DTA Pamphlets | 95,400 | $0.05 | $4,293.00 |
| Universal Grey Pamphlets | 73,000 | $0.05 | $3,285.00 |
| Red DVR Pamphlets | 54,200 | $0.05 | $2,926.80 |
| Astound Pamphlets | 16,000 | $0.10 | $1,664.00 |
| Time Warner Pamphlets | 20,220 | $0.08 | $1,519.74 |
| 4x8 Bags | 19,000 | $0.01 | $213.75 |
| 4x10 Bags | 96,000 | $0.01 | $1,224.00 |
| 8x12 Bags | 37,000 | $0.03 | $1,174.75 |
| 10X13 Bags | 80,000 | $0.05 | $3,600.00 |
| Alcohol Wipes | 8,000 | $0.02 | $198.40 |
| Canned Smoke | 238 | $4.85 | $1,154.30 |
| Canned Air | 0 | $3.44 | $0.00 |
| Glass Breakers Simulators | 38 | $41.25 | $1,567.50 |
| 3M Tape 1in x 36yd | 33 | $41.00 | $1,353.00 |
| Wrench 7/16 Xfinity | 0 | $0.24 | $0.00 |
| Battery Touch screen | 92 | $5.35 | $492.20 |
| Xfinity Locktop bags 14x16 | 44,500 | $0.11 | $5,028.50 |
| 3M Tape 1in x 450in | 66 | $14.95 | $986.70 |
| | | | $ 98,079.60 INVENTORY VALUE |