# EXHIBIT J



Δ π EXHIBIT 1
Deponent Pabian
Date 11/20/15  Rptr MPM
WWW.DEPOBOOK.COM



| | |
|---|---|
| Subject: | Fw: Possible Referral for your firm--Family of Jeffrey Fruman |
| From: | David T Brewster |
| | Extension: 7-6908 |
| | 03/15/2013 08:11 AM |
| To: | Robert Thomson, Phillip Georgiou |
| Cc: | Traci Lovitt, jpabian |

Robert and Phillip, please see the below from my personal trust and estates counsel Jay Pabian of Pabian and Russell (see http://www.pabianrussell.com/Attorney-Profiles/jay-m-pabian) who is cc'd hereon - I also received a call over night from a contact in Hong Kong - could one of you please reach out to Jay directly at your earliest possible convenience as the sense of urgency reflected in Jay's email below was also present in the voicemail the contact in Hong Kong left last evening - I am at my desk if you want to talk before reaching out to Jay - thank you, David



David T. Brewster
100 High Street, Boston, Massachusetts 02110
Direct 617.449.6908 | Mobile 617.320.2588
dbrewster@jonesday.com

----- Forwarded by David T Brewster/JonesDay on 03/15/2013 08:01 AM -----

From: "David Brewster" <dtbrewster@comcast.net>
To: "'David T Brewster'" <dbrewster@jonesday.com>
Date: 03/15/2013 07:59 AM
Subject: FW: Possible Referral for your firm--Family of Jeffrey Fruman

From: Jay Pabian [mailto:jpabian@pabianrussell.com]
Sent: Thursday, March 14, 2013 8:33 PM
To: David Brewster
Subject: Possible Referral for your firm--Family of Jeffrey Fruman

Hi David,

A long standing client's son was found dead in his hotel room in Hong Kong on Tuesday. The son (42 years old) had a very successful international cable business and was in China meeting with manufacturers. He owns 6 companies (Massachusetts(2), Florida, Columbia, Peru, Mexico. He left 4 children (2 sets of twins) ages 12 and 10, wife, parents, sister and brother. A representative of the family is in Hong Kong to identify the body. They then will conduct an autopsy and hope to ship the body back home by the end of next week. He was found dead face down on a table in his room. The family would like to retain an attorney in Hong Kong to oversee the investigation and make sure that proper steps are taken to determine if there has been foul play. I understand your firm has a Hong Kong office. I am hoping that your firm can handle, but if not, refer us to a good attorney. The family is affluent and is willing to pay whatever is necessary for this representation. My role is Executor and Trustee of the decedent's estate. Please let me know tomorrow if possible because they want to get representation before the autopsy takes place. Thank you. Jay

==========

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system

PFBK004513

without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

PFBK004514