# EXHIBIT K

| | |
|---|---|
| From: | Jay Pabian |
| Sent: | Thursday, May 9, 2013 11:52 PM |
| To: | Barry Pollack |
| Cc: | Peter Duffy; dandelman@louriecutler.com; Sarah Allen |
| Subject: | Re: Marcum |
| Importance: | High |

Hi. I found out tonight after landing in Dallas that Marcum was not permitted to go to JT today by Joanne's attorneys, who are taking the position that Joanne owns JT. Both Sarah and I were out of the office today and I was in the air from 1:30-5:30, so had no way of knowing until tonight. I have just got back to my hotel and been able to review emails. Let's discuss tomorrow. Jay

On 5/9/13 7:28 PM, "Barry Pollack" <bpollack@psdfirm.com> wrote:

>Jay, how did Marcum make put at JT today? One question, how has recent
>money flowed out? Any to Eckert Seamans? Nutter?
>
>Sent from my iPhone

1