

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

JOANNE N. LUNN,
    Debtor

PAULA FRUMAN,
    Plaintiff,

*v.*

JOANNE N. LUNN,
    Defendant

Ch. 7
19-11275-JEB

Adversary Proceeding
19-01092-JEB

**Order**

**MATTER:**

#1 Adversary case 19-01092.  Complaint by Paula Fruman against Joanne N. Lunn

The parties having submitted proposed findings of fact and rulings of law, as of March 12, 2021, the Court has taken the matter under advisement

Dated: 3/26/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge